**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

UNITED STATES OF AMERICA,

v.                                                                    CASE NO.: 2:21-cr-26

KEITH PRESTON,

       Defendant.

**DETENTION ORDER**

The Court held an Arraignment in this case on June 14, 2022. At that hearing, the Government moved for Defendant to be detained. Defendant was previously Ordered detained by the District of Connecticut by Magistrate Judge S. Dave Vatti who, after conducting the initial appearance, ordered Mr. Preston detained pending the transfer to the Southern District of Georgia for further proceedings. At the June 14, 2022 Arraignment, Defendant waived his right to a bond hearing at that time. On July 29, 2022, Defendant filed a Motion for Hearing on Pretrial Release. Doc. 38. The Court set the matter down for a hearing for August 9, 2022. At the outset of the hearing, defense counsel announced that as a result of certain lab testing and the balance of certain discovery that has not yet been turned over to the defense, at this time, Defendant had decided to waive his right to bond hearing. Defendant sought to withdraw the Motion for Hearing on Pretrial Release. Doc. 38. After hearing from the parties, the Court **GRANTED** Defendant's request to Withdraw the Motion. Doc. 38. The Clerk of Court is directed to terminate this motion.

The Court ordered that in light of the fact that Defendant has now waived his right to a detention hearing, the Defendant would remain detained pending trial in this case. If Defendant wants to invoke his right to a detention hearing under 18 U.S.C. § 3142, defense counsel must notify the Court by filing an application for bond.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall

be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      **SO ORDERED**, this 10th day of August, 2022.

_____

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA